

## UNITED STATES DISTRICT COURT

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JENELLE RUIZ-MARTINEZ

**WARRANT FOR ARREST**

REDACTED

CASE NUMBER: 05- 77 M - 1

CR 05-41-1

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JENELLE RUIZ-MARTINEZ when and as stated in the Criminal Complaint and bring said Defendant to the nearest magistrate to answer a(n)

__ Indictment  __ Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging the Defendant with (brief description of offense),

knowingly conspiring to distribute mixtures and substances containing heroin, a controlled substance

in violation of Title __21__ United States Code, Section (s) _846 and 841(a)(1) and (b)(1)(C)._

**Honorable Mary Pat Thynge**
Name of Issuing Officer

_[signature]_
Signature of Issuing Officer

Bail fixed at $ __NO BAIL__

United States Magistrate Judge
District of Delaware
Title of Issuing Officer

April 18, 2005    Wilmington, DE
Date and Location

by _[signature]_
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at_____ Jenelle Ruiz-Martinez | | |
| DATE RECEIVED  4-18-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 4-18-05 | for William David, DUSM | William Dunn |

AO 442 (Rev. 12/85) Warrant for Arrest