# REDACTED

April 26, 2005

U.S. District Court District of Delaware
J. Caleb Boggs Federal Bldg.
844 King St., Lockbox 18
Wilmington, DE 19801-3570

RE: U.S.A. V. Jenelle Ruiz-Martinez
PA#05-M-433 DE#05-M-77

CR05-41-1-

Dear Clerk:

We herewith enclose the original record, together with a certified copy of the docket entries, in the above captioned case which has been transferred to your District pursuant to Rule 5(C).

Kindly acknowledge receipt on the copy of the letter provided.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
Jim Cruz, Deputy Clerk

---

Received above material or record file this   day of   , 2004 .

CLERK'S OFFICE
ROOM 2609
TELEPHONE
(215) 597-7704

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
INDEPENDENCE MALL WEST
601 MARKET STREET
PHILADELPHIA PA 19106-1797

Signature: _____
             CLERK OF COURT
             MICHAEL E. KUNZ

Date: _____

crfl

CLOSED

# United States District Court
## Eastern District of Pennsylvania (Philadelphia)
### CRIMINAL DOCKET FOR CASE #: 2:05-mj-00433-UJ-ALL
### Internal Use Only

Case title: USA v. RUIZ-MARTINEZ                Date Filed: 04/19/2005

Assigned to: UNASSIGNED JUDGE

**Defendant**

**JENELLE RUIZ-MARTINEZ** (1)              represented by **ROSS THOMPSON**
*TERMINATED: 04/19/2005*                                    DEFENDER ASSOCIATION OF
                                                            PHILADELPHIA
                                                            437 CHESTNUT ST. LAFAYETTE
                                                            BLDG.
                                                            FEDERAL COURT DIV., STE. 800
                                                            PHILA, PA 19106-2414
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*
                                                            *Designation: Public Defender or*
                                                            *Community Defender Appointment*

**Pending Counts**                         **Disposition**

None

**Highest Offense Level (Opening)**

None

**Terminated Counts**                      **Disposition**

None

**Highest Offense Level (Terminated)**

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 4/26/05
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

None

**Complaints**                             **Disposition**

None

**Plaintiff**

USA             represented by **PETER D. HARDY**
UNITED STATES ATTORNEY'S OFFICE
615 CHESTNUT STREET
SUITE 1250
PHILADELPHIA, PA 19106
215-861-8488
Fax: 215-861-8594
Email: peter.hardy@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/19/2005 | 1 | Minute Entry for proceedings held before Judge THOMAS J. RUETER: Detention Hearing/Initial Appearance in Rule 5(c)(3) as to JENELLE RUIZ-MARTINEZ held on 4/19/2005. Appearance entered by PETER D. HARDY for USA. Deft. waived her right to an identity hearing and stipulated to pretrial detention. Deft. is detained pending removal to the District of Delaware. Court Reporter ESR.(jcz, ) (Entered: 04/19/2005) |
| 04/19/2005 | 2 | CJA 23 Financial Affidavit by JENELLE RUIZ-MARTINEZ. (jcz, ) (Entered: 04/19/2005) |
| 04/19/2005 | 3 | ORDER APPOINTING FEDERAL PUBLIC DEFENDER AS TO JENELLE RUIZ-MARTINEZ: ROSS THOMPSON for JENELLE RUIZ-MARTINEZ APPOINTED . Signed by Judge THOMAS J. RUETER on 4/19/05.4/19/05 Entered. (jcz, ) (Entered: 04/19/2005) |
| 04/19/2005 | 4 | WAIVER of Rule 40 Hearings by JENELLE RUIZ-MARTINEZ. (jcz, ) (Entered: 04/19/2005) |
| 04/19/2005 | 5 | FINDINGS AND ORDER OF REMOVAL AS TO JENELLE RUIZ-MARTINEZ, THAT THE DEFT. BE DETAINED PENDING REMOVAL TO THE DISTRICT OF DELAWARE. THE CLERK OF COURT IS DIRECTED TO TRANSMIT ALL ORIGINAL DOCUMENTS TO SAID DISTRICT . Signed by Judge THOMAS J. RUETER on 4/19/05.4/19/05 Entered. (jcz, ) (Entered: 04/19/2005) |
| 04/19/2005 |  | RULE 5(c) Transfer to THE DISTRICT OF DELAWARE as to JENELLE RUIZ-MARTINEZ. (jcz, ) (Entered: 04/19/2005) |
| 04/19/2005 |  | ***Case Terminated as to JENELLE RUIZ-MARTINEZ (jcz, ) (Entered: 04/19/2005) |



IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## BAIL STATUS SHEET

**FILED APR 19 2005** MICHAEL E. KUNZ, Clerk ____Dep. Clerk

**THOMAS J. RUETER**
**U. S. MAGISTRATE JUDGE**

UNITED STATES OF AMERICA

v.

JENELLE RUIZ-MARTINEZ

IA/AC/Rule 40/PTD/Identity

Date: April 19, 2005
ESR: Frank Hauser

Peter Hardy, DUTY AUSA

No. 05-433-M

Federal Defender Association Appointed
(Ross Thompson, Esq., was present)

After hearing held this day pursuant to the Federal Rules of Criminal Procedure, or after hearing pursuant to defendant's motion, the bail status as to the above-named defendant is as follows:

Remarks/ Disposition:

    Defendant waived her right to an identity hearing and stipulated to pretrial detention. Defendant is detained pending removal to the District of Delaware.

BY:

*Lisa Tipping*
Lisa Tipping, Deputy Clerk

Interpreter required: **YES**
Time in Court: **10 minutes**

================================================================================

DEFENDANT ARRESTED ON
IF ARRESTED ON REMOVAL SHOW DATE/LOCATION _____.
STATUS:
[ ] Bail is set at $ ____
[ ] Defendant is in custody:
    [ ] Pending these federal charges. Placed in detention _____.
    [ ] Already in custody on other federal charges.
    [ ] Pending state / local charges. Has detainer been lodged? [ ] Yes [ ] No.
    [ ] Serving sentence on state conviction and appeared on writ.
[ ] Defendant is pending removal to: District of _____.
[ ] Defendant is juvenile.

③

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
APR 19 2005
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

UNITED STATES OF AMERICA : CRIMINAL ACTION

v.

Jenelle Ruiz-Martinez : NO. 05-433-M

**ORDER**

AND NOW, to wit, this 19th day of April, 2005, the above-named defendant having been examined and testified under oath or has otherwise satisfied the Court that he/she: (1) is financially unable to obtain representation by counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, it is

ORDERED that Defender Association of Philadelphia, Federal Court Division, is hereby appointed pursuant to Title 18, § 3006A to represent said defendant in the above matter, said appointment shall remain in effect until terminated or a substitute attorney is appointed.

BY THE COURT:

_____
THOMAS J. RUETER
United States Magistrate Judge

AO 466 (1/86) Waiver of Rule 40 Hearings

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JENELLE RUIZ-MARTINEZ

WAIVER OF RULE 40 HEARINGS
(Excluding Probation Cases)

CASE NO.: EDPA # 05-433-M

FILED APR 19 2005 MICHAEL E. KUNZ, Clerk By ___ Dep. Clerk

I, **Jenelle Ruiz-Martinez**, understand that in the **District of Delaware**, charges are pending alleging violation of _____ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request assignment of counsel if I am unable to retain counsel,

(2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty,

(3) an identity hearing to determine if I am the person named in the charge, and

(4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

(X) identity hearing

( ) preliminary examination

( ) identity hearing and have been informed I have no right to a preliminary examination

( ) identity hearing but request a preliminary examination to be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_Jenelle M. Martinez_
Defendant

4-19-05
Date

_____
Defense Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : CRIMINAL ACTION

v.

JENELLE RUIZ-MARTINEZ : NO.: EDPA 05-433-M

### FINDINGS AND ORDER OF REMOVAL

AND NOW, this 19TH day of April, 2005, upon application of the United States, the defendant having waived a hearing thereon, it is hereby

ORDERED

that the defendant, Jenelle Ruiz-Martinez, be DETAINED PENDING REMOVAL in the above case to the District of Delaware, pursuant to Fed.R.Crim.P. 40(f).

**The Clerk of the Court is directed to transmit all original documents to the District of Delaware.**

BY THE COURT:

THOMAS J. RUETER
United States Magistrate Judge