UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
            )
        Plaintiff, )
            )
            ) CASE NO. CR 05-41-1
    vs. )
            )
Jenelle Ruiz-Martinez )
            )
        Defendant. )

### O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *May 4, 2005* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *June 14, 2005*. The time between the date of this order and *June 14, 2005* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney