IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
          Plaintiff,               :
                                   :
     v.                            :   Criminal Action No. 05-41-001 JJF
                                   :
JENELLE RUIZ-MARTINEZ,             :
                                   :
          Defendant.               :

## O R D E R

WHEREAS, the Court has been informed that the Defendant intends to enter a guilty plea in the above-captioned case;

IT IS HEREBY ORDERED that a Rule 11 hearing will be held on **Wednesday, June 22, 2005, at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

May _____, 2005
   DATE

_____
UNITED STATES DISTRICT JUDGE