IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 05-41-JJF |
| | ) | |
| JENELLE RUIZ-MARTINEZ and ANA RAMOS, | ) ) | |
| | ) | |
| Defendants. | ) | |

## MOTION AND ORDER TO UNSEAL

**NOW COMES** the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, and hereby moves that the Indictment and file in the above-captioned matter be unsealed. Defendant Ruiz-Martinez has been arrested, and there is no further need to maintain this action under seal.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Adam Safwat
Assistant United States Attorney

Dated: June 8, 2005

\* \* \*

AND NOW, this ___9___ day of June, 2005, upon the foregoing motion, **IT IS ORDERED** that the Indictment and file in the above-captioned action shall be **UNSEALED**.

_____
THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-41-JJF |
| JENELLE RUIZ-MARTINEZ and ANA RAMOS, | : |
| Defendant. | : |

### AFFIDAVIT OF SERVICE

I, Cynthia McMichael, an employee in the Office of the United States Attorney for the District of Delaware, hereby attest under penalty of perjury that on June 8, 2005, I caused two copies of the foregoing **MOTION AND ORDER TO UNSEAL** to be served by placing two copies of said document in a postage prepaid envelope and placed in the U.S. Mail, to the following:

Jose Ongay, Esquire
Attorney at Law
521 S. Second Street
Philadelphia, PA 19147

Cynthia McMichael
Legal Assistant