IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-41-01 JJF |
| JENELLE RUIZ-MARTINEZ, | : |
| Defendant. | : |

## O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment pending against her in this Court,

IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Thursday, October 6, 2005, at 11:30 a.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

July 13, 2005
DATE

_(signature)_
UNITED STATES DISTRICT JUDGE