IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 05-41-1 JJF |
| JENELLE RUIZ-MARTINEZ, | : |
| Defendant. | : |

## O R D E R

WHEREAS, the above Defendant having entered a plea of guilty to Count One of the Indictment pending against her in this Court,

WHEREAS, the Court having granted Government's Motion For Continuance Of Sentencing Hearing on October 6, 2005 (D.I. 20). Defendant's counsel did not oppose this motion.

NOW THEREFORE, IT IS HEREBY ORDERED that Defendant's sentencing will be held on **Monday, October 31, 2005, at 12:30 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington.

October 6 , 2005
DATE

UNITED STATES DISTRICT JUDGE