IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-41-JJF |
| JENELLE RUIZ-MARTINEZ | : | |
| Defendant. | : | |

## MOTION TO CORRECT CASE CAPTION

The United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Adam Safwat, Assistant United States Attorney, moves this Honorable Court for an order correcting the caption in this case. The grounds for this motion are as follows:

1. The Defendant has used the name of "Jenelle Ruiz-Martinez" as an alias. At her change of plea, she advised the Court that her real name is Mayerlyn Nolasco.

2. The Government requests that the caption be corrected to reflect the Defendant's true name and her alias. The caption would therefore read: "United States v. Mayerlyn Nolasco, a/k/a Jenelle Ruiz-Martinez." The defense does not oppose this motion.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

Date: October 31, 2005              BY: _____
                                    Adam Safwat
                                    Assistant United States Attorney