*filed in open court on 10/31/05*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 05-41-JJF |
| JENELLE RUIZ-MARTINEZ, | : | |
| Defendant. | : | |

### ORDER CORRECTING CASE CAPTION

WHEREAS, the Defendant has admitted in that her true name is Mayerlyn Nolasco, and that her alias is "Jenelle Ruiz-Martinez"

WHEREAS, the Government has moved to correct the caption of this case, and the Defendant does not oppose the motion;

**IT IS HEREBY ORDERED** that the motion is GRANTED. The caption in this case shall henceforth read:

"UNITED STATES OF AMERICA  v.  MAYERLYN NOLASCO, a/k/a Jenelle Ruiz-Martinez."

**IT IS FURTHER ORDERED** that all additional filings shall bear the corrected caption.

Dated: October 31, 2005

THE HONORABLE JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE