IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-41-JJF |
| ) | |
| MAYERLYN NOLASCO, ) | |
| a/k/a *Jenelle Ruiz-Martinez*, and ) | |
| ANA RAMOS, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Adam Safwat as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Richard G. Andrews.

                                                  COLM F. CONNOLLY
                                                  United States Attorney

                                    By: /s/ Richard G. Andrews
                                                  Richard G. Andrews
                                                  Assistant United States Attorney
                                                  Nemours Building, #700
                                                  P.O. Box 2046
                                                  Wilmington, Delaware 19899-2046
                                                  richard.andrews2@usdoj.gov

Dated: June 7, 2006

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.              ) | Criminal Action No. 05-41-JJF |
| ) | |
| MAYERLYN NOLASCO, ) | |
|  a/k/a *Jenelle Ruiz-Martinez*, and ) | |
| ANA RAMOS, ) | |
| ) | |
|     Defendants ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on June 8, 2006, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

with the Clerk of the Court using the CM/ECF and by causing two copies of said documents to be placed in a postage paid envelope, placed in the United States Mail, and addressed to counsel of record, as follows:

> Jose Luis Ongay, Equire
> 521 South 2nd Street
> Philadelphia, PA   19147-2417

*/s/ Sharon R. Bernardo*